# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 16−35040−KLP
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tammie Renee Altieri
fka Tammie R. Vescio, fka Tammie R. Gareau
14313 Winter Ridge Ln.
Midlothian, VA 23113

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2979

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **June 12, 2017**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

701 East Broad Street
Richmond, VA 23219

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:   March 10, 2017

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 16-35040-KLP
Tammie Renee Altieri                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: smithla           Page 1 of 2              Date Rcvd: Mar 10, 2017
                             Form ID: 2040           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
```
db             +Tammie Renee Altieri,    14313 Winter Ridge Ln.,    Midlothian, VA 23113-6710
13609281       +Bowen Ten Cardani, PC,    3957 Westerre Parkway,    Ste. 105,    Richmond, VA 23233-1319
13609284       +Cbe Group,    Attn: Bankruptcy,    P.O. Box 900,    Waterloo, IA 50704-0900
13609286       +Citibank/Best Buy,    P.O. Box 790040,    St Louis, MO 63179-0040
13609288       +ERC,    P.O. Box 57610,    Jacksonville, FL 32241-7610
13609287       +Empower FCU,    1 Member Way,    Syracuse, NY 13212-4052
13609289      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court:   Focused Recovery Solutions,    9701-Metropolitan Ct,    Ste B,
                Richmond, VA 23236-0000)
13609291      ++HORIZON FINANCIAL MANAGEMENT LLC,    9980 GEORGIA ST,    CROWN POINT IN 46307-6520
                (address filed with court:   Horizon Financial Management,    9980 Georgia St.,
                Crown Point, IN 46307-0000)
13609290       +Home Depot U.S.A. Inc.,    P.O. Box 0700,    Carol Stream, IL 60132-0700
13609292       +KidMed West,    4687 Pouncey Tract Rd.,    Glen Allen, VA 23059-5802
13609293       +Midland Funding,    c/o Michael P. Chabrow,    12 S. Summit Ave. #250,
                Gaithersburg, MD 20877-2092
13609294       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13609295       +Pediatric & Adolescent Health,    P.O. Box 549,    Midlothian, VA 23113-0549
13609298       +ROI,    P.O. Box 549,    Timonium, MD 21094-0549
13609301       +St. Joseph's Physicians,    P.O. Box 4868,    Syracuse, NY 13221-4868
13609307        Virginia Dept. of Taxation,    c/o United Consumer Inc,    P. O. Box 4466,
                Woodbridge, VA 22194-4466
13609308       +Vital Recovery Services, Inc.,    P.O. Box 923748,    Peachtree Corners, GA 30010-3748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Mar 10 2017 23:18:00      Pra Receivables Management, Llc As Agent Of Portfo,
                POB 41067,    Norfolk, Va 23541-1067
13609278       +EDI: ARSN.COM Mar 10 2017 23:18:00      ARS National Services,    P.O. Box 469100,
                Escondido, CA 92046-9100
13609279       +E-mail/Text: ACF-EBN@acf-inc.com Mar 10 2017 23:32:28      Atlantic Credit & Finance, Inc,
                c/o John P. Frye, PC,    3351 Orange Ave.,    Roanoke, VA 24012-6335
13609280       +EDI: BANKAMER.COM Mar 10 2017 23:18:00      Bank Of America,    Nc4-105-03-14,    P.O. Box 26012,
                Greensboro, NC 27420-6012
13609282       +E-mail/Text: bankruptcy@usecapital.com Mar 10 2017 23:33:57      Capital Accounts,
                P.O. Box 140065,    Nashville, TN 37214-0065
13609283       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Mar 10 2017 23:32:31      CashNet USA,
                175 W. Jackson Blvd. Ste. 1000,    Chicago, IL 60604-2863
13609285       +EDI: CHASE.COM Mar 10 2017 23:18:00      Chase Card Services,    Attn: Correspondence Dept,
                P.O. Box 15298,    Wilmington, DE 19850-5298
13609296       +E-mail/Text: bankruptcy@purchasingpower.com Mar 10 2017 23:33:29      Purchasing Power,
                1349 W Peachtree St. NW,    Ste. 1100,    Atlanta, GA 30309-2956
13609297        E-mail/Text: colleen.atkinson@rmscollect.com Mar 10 2017 23:33:48      Receivable Management Inc,
                7206 Hull Rd,    Ste 211,    Richmond, VA 23235-0000
13609299       +E-mail/PDF: clerical@simmassociates.com Mar 10 2017 23:29:26      Simm Associates,
                800 Pencader Dr. 19702-3354
13609300       +E-mail/Text: clientservices@simonsagency.com Mar 10 2017 23:33:41      Simons Agency Inc,
                4963 Wintersweet Dr,    Liverpool, NY 13088-2176
13615013       +EDI: RMSC.COM Mar 10 2017 23:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
13609302       +E-mail/Text: nnelson@trg-law.com Mar 10 2017 23:33:34      The Rahman Group,
                8002 Discovery Drive Ste. 306,    Richmond, VA 23229-8601
13609303       +EDI: WTRRNBANK.COM Mar 10 2017 23:18:00      Tnb-Visa (TV) / Target,
                Mailstop BV P.O. Box 9475,    Minneapolis, MN 55440-9475
13609304       +E-mail/Text: bankruptcydepartment@tsico.com Mar 10 2017 23:33:39      Transworld Systems Inc.,
                507 Prudential Rd,    Horsham, PA 19044-2308
13609305       +E-mail/Text: bankruptcy@bankatunion.com Mar 10 2017 23:33:06      Union Bank & Trust,
                24010 Partnership Blvd.,    Ruther Glen, VA 22546-2545
13609306        E-mail/Text: bkr@taxva.com Mar 10 2017 23:33:31      Virginia Dept. of Taxation,    P.O. Box 2156,
                Richmond, VA 23218-2156
13609309       +E-mail/Text: vci.bkcy@vwcredit.com Mar 10 2017 23:33:08      Volkswagen Credit, Inc,
                P.O. Box 3,    Hillsboro, OR 97123-0003
                                                                                              TOTAL: 18
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: smithla                Page 2 of 2              Date Rcvd: Mar 10, 2017
                              Form ID: 2040                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Christopher Mark Winslow    on behalf of Debtor Tammie Renee Altieri chris@chriswinslow.com,
               winslowparalegal@gmail.com
              Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
              Peter J. Barrett     peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.epiqsystems.com
              Peter J. Barrett    on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.epiqsystems.com
              Shannon   Pecoraro    on behalf of U.S. Trustee Judy A. Robbins, 11 Shannon.pecoraro@usdoj.gov,
               june.e.turner@usdoj.gov;Theresa.E.McPherson@usdoj.gov
                                                                                             TOTAL: 5
```